UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BONNIE LAM,<br><br>      PLAINTIFF,<br><br>v.<br><br>STATE STREET CORPORATION AND STATE STREET TRUST & BANK CO.,<br><br>      DEFENDANTS. | CASE NO. 24-CV-6098 |

### MOTION TO PROVISIONALLY SEAL EXHIBIT

Plaintiff just filed a reply letter in support of her motion to continue the deadline to amend her claims as a matter of right (*see* Dkt. 17) and she attached an exhibit (A) that was marked as confidential by State Street under the Protective Order in this case. Plaintiff disputes that these documents are in fact confidential under the terms of the Protective Order and otherwise denies that they are subject to sealing (and will oppose a motion from State Street, if any, to keep them permanently sealed). However, consistent with the Protective Order, Plaintiff respectfully requests that the Court maintain these documents provisionally under seal until such time as Defendants either: (1) agree they can be publicly filed on the docket; or (2) until Defendants have the opportunity to file a motion to permanently seal the docket (which Plaintiff will oppose).

| | |
|---|---|
| Date: October 4, 2024<br>New York, NY | SEPPINNI LAW, PLLC<br><br>*/s/ Zachary Rubin*<br><br>Shane Seppinni<br>40 Broad St., 7th Fl.<br>New York, NY 10004<br>(212) 859-5085 |

1

shane@seppinnilaw.com<br>
zach@seppinnilaw.com<br>
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on counsel for Defendants via the Court's ECF system.

*/s/ Zachary Rubin*<br>
Zachary Rubin

```
Plaintiff's application is granted and the referenced document is
provisionally sealed.  Any further challenge to the designation of
Exhibit A as confidential should be done in accordance with the
Confidentiality Agreement and Protective Order, ECF No. 15, dated
October 1, 2024.

SO ORDERED.


            NAOMI REICE BUCHWALD
         UNITED STATES DISTRICT JUDGE


Dated:    October 7, 2024
          New York, New York
```