

Nixon Peabody LLP
677 Broadway, 10th Floor
Albany, NY 12207-2996

**Christopher Stevens**
Counsel

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 518.427.2737
F / 866.755.3041
cstevens@nixonpeabody.com

January 22, 2025

*Via CM-ECF*

Hon. Naomi Reice Buchwald
US District Court Judge
US District Court for the Southern District of New York
Daniel Patrick Moynahan United States Courthouse
500 Court Street
New York, New York 10007

**RE:** *Lam v. State Street Corporation, et al.*, **Case No. 24-CV-6098**
**Withdrawal of Defendants' Motion for Protective Order**

Dear Honorable Judge Buchwald:

    Defendants, State Street Corporation and State Street Trust & Bank Co. (collectively, "Defendants" or "State Street"), by and through their attorneys, Nixon Peabody LLP, write in connection with Defendants' pending Motion for Protective Order, filed in the above-referenced matter on January 17, 2025 (Dkt. Nos. 49-50) (the "Motion").

    After meeting and conferring with Plaintiff's counsel, Defendants hereby respectfully withdraw the Motion, with full reservation of Defendants' rights.

Respectfully submitted,

Christopher J. Stevens

cc: All Counsel of Record (via CM-ECF)

---

Application granted. The Clerk of Court is directed to terminate the motion pending at ECF No. 50.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2025
New York, New York

4938-2005-7106.1